IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR106-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CORRECTED |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY LEE CHILDERS. | ) | |

THIS MATTER came before the Court upon the motion of the government filed pursuant to Rule 35, Federal Rules of Criminal Procedure, to reduce defendant's sentence. On October 8, 2008, the Court heard oral arguments and issued its decision from the bench.

For the reasons stated from the bench, the government's Motion to Reduce Sentence is **ALLOWED** and the sentence of incarceration is reduced from 41 months to 15 months, with all other terms of the sentence remaining in full force and effect, and voluntary surrender, with the additional condition of supervised release of 25 hours of community service.

October 8, 2008.
Asheville, NC.

T. S. ELLIS, III
United States District Judge