IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cr106-5

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEFFREY LEE CHILDERS. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned magistrate judge upon the court's own Motion for Release of Bond. Review of court records reveals that this defendant made all required appearances before this court and has, as well, reported to the Bureau of Prisons facility as instructed by the United States Marshal, and has been released from the Bureau of Prisons, all in accord with the Judgment of the district court. Based on such representations made to the court, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion for Release of Bond is **ALLOWED**, the appearance bond in this matter is released and otherwise exonerated, and the Clerk of this court is respectfully directed to return to defendant, by way of counsel, or to the person posting the bond on behalf of such defendant, any instrument securing such obligation. The Clerk is further instructed to mark any such

instrument as "satisfied," or place thereon any such other endorsement as may be required.

Signed: February 8, 2011

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge